# Exhibit 2



**BIA**
ACCOUNT ADMINISTRATION
950 Trade Centre Way, Ste 240
Portage, MI 49002
1-888-338-4242
ar@biaprotect.com

# INVOICE DETAIL

| | |
|---|---|
| BIA Invoice #: | 013850 |
| BIA ID: | 003 Pusey |
| Invoice Date: | May 10, 2018 |
| Due Date: | June 09, 2018 |
| Terms: | Net 30 |
| Client Matter #: | |

**Bill To:**  Client #: 02447

Joseph & Norinsberg, LLC
Bennitta Joseph
225 Broadway, Suite 2700A
New York, NY 10279

**Ship To:**

| Description | Hours/Qty | Rate | Total |
|---|---|---|---|
| **Data Hosting** | | | |
| *1720100*   Relativity Document Hosting. Per GB/Month. | | | |
| 4/30/2018 | 4.40 | 18.00 | 79.20 |
| 1720100 Subtotal | 4.40 | 18.00 | 79.20 |
| *1720300*   Relativity User Access. Per user. | | | |
| 4/30/2018<br>   ana@norinsberglaw.com<br>   bennittaj@gmail.com<br>   chaya@norinsberglaw.com<br>   rs@biaprotect.com | 4.00 | 85.00 | 340.00 |
| 1720300 Subtotal | 4.00 | 85.00 | 340.00 |
| **Professional Services** | | | |
| *1550000*   Technical Service. Per Hour. | | | |
| 4/19/2018<br>   Tim Winslow: Conference call with B. Joseph, C. Gourarie, and S. Perih regarding 6-month damages analysis project. | 0.60 | 175.00 | 105.00 |
| 4/20/2018<br>   Tim Winslow: Per outside counsel B. Joseph's and C. Gourarie's request, we worked on creating a model that would determine damages based on various scenarios and assumptions given to us by outside counsel. | 2.80 | 175.00 | 490.00 |
| 4/21/2018<br>   Tim Winslow: Per outside counsel B. Joseph's and C. Gourarie's request, we worked on creating a model that would determine damages based on various scenarios and assumptions given to us by outside counsel. | 0.60 | 175.00 | 105.00 |
| 4/23/2018 | | | |

Page 1 of 3



**BIA**
ACCOUNT ADMINISTRATION
950 Trade Centre Way, Ste 240
Portage, MI 49002
1-888-338-4242
ar@biaprotect.com

# INVOICE DETAIL

| | |
|---|---|
| BIA Invoice #: | 013850 |
| BIA ID: | 003 Pusey |
| Invoice Date: | May 10, 2018 |
| Due Date: | June 09, 2018 |
| Terms: | Net 30 |
| Client Matter #: | |

**Bill To:**   Client #:   02447

Joseph & Norinsberg, LLC
Bennitta Joseph
225 Broadway, Suite 2700A
New York, NY 10279

**Ship To:**

| Description | Hours/Qty | Rate | Total |
|---|---:|---:|---:|
| Tim Winslow: Per outside counsel B. Joseph's and C. Gourarie's request, we worked on creating a model that would determine damages based on various scenarios and assumptions given to us by outside counsel. | 1.90 | 175.00 | 332.50 |
| 4/24/2018 | | | |
| Tim Winslow: Per outside counsel B. Joseph's and C. Gourarie's request, we worked on creating a model that would determine damages based on various scenarios and assumptions given to us by outside counsel. | 8.60 | 175.00 | 1,505.00 |
| 4/25/2018 | | | |
| Tim Winslow: Per outside counsel B. Joseph's and C. Gourarie's request, we worked on creating a model that would determine damages based on various scenarios and assumptions given to us by outside counsel. | 8.80 | 175.00 | 1,540.00 |
| 4/26/2018 | | | |
| Tim Winslow: Per outside counsel B. Joseph's and C. Gourarie's request, we worked on creating a model that would determine damages based on various scenarios and assumptions given to us by outside counsel. | 9.90 | 175.00 | 1,732.50 |
| 4/27/2018 | | | |
| Nathan Cortright: Created new Relativity user accounts. | 0.20 | 175.00 | 35.00 |
| Tim Winslow: Per B. Joseph's request, we had a conference call to discuss changing the model to better compute damages regarding the plaintiffs. | 0.50 | 175.00 | 87.50 |
| 4/30/2018 | | | |
| Joseph Mosely: Formatted the Excel spreadsheet and converted to PDF as requested by B. Joseph and delivered via email. | 0.20 | 175.00 | 35.00 |
| Tim Winslow: Per outside counsel B. Joseph's and C. Gourarie's request, we worked on creating a new model that would determine damages for both overtime and prevailing wage damages separately. | 5.10 | 175.00 | 892.50 |
| Credit for services waived. | -14.20 | 175.00 | -2,485.00 |
| 1550000 Subtotal | 25.00 | 175.00 | 4,375.00 |



**BIA**
ACCOUNT ADMINISTRATION
950 Trade Centre Way, Ste 240
Portage, MI 49002
1-888-338-4242
ar@biaprotect.com

# INVOICE DETAIL

| | |
|---|---|
| BIA Invoice #: | 013850 |
| BIA ID: | 003 Pusey |
| Invoice Date: | May 10, 2018 |
| Due Date: | June 09, 2018 |
| Terms: | Net 30 |
| Client Matter #: | |

**Bill To:**   Client #:   02447

Joseph & Norinsberg, LLC
Bennitta Joseph
225 Broadway, Suite 2700A
New York, NY 10279

**Ship To:**

| Description | Hours/Qty | Rate | Total |
|---|---|---|---|
| | | | |

Thank you for your business. BIA accepts checks, money orders and credit cards. Your prompt payment is appreciated. Interest of 1.5% per month will be automatically applied to all overdue invoices. Your account may be eligible for BIA's Early Pay Discount Program. For more information, email ar@biaprotect.com.

| | |
|---|---:|
| Total | 4,794.20 |
| **Payments/Credits** | 0.00 |
| **Balance Due** | 4,794.20 |



**BIA**
ACCOUNT ADMINISTRATION
950 Trade Centre Way, Ste 240
Portage, MI 49002
1-888-338-4242
ar@biaprotect.com

# INVOICE DETAIL

| | |
|---|---|
| BIA Invoice #: | 013470 |
| BIA ID: | 003 Pusey |
| Invoice Date: | April 11, 2018 |
| Due Date: | May 11, 2018 |
| Terms: | Net 30 |
| Client Matter #: | |

**Bill To:**   **Client #:**   **02447**

Joseph & Norinsberg, LLC
Bennitta Joseph
225 Broadway, Suite 2700A
New York, NY 10279

**Ship To:**

| Description | Hours/Qty | Rate | Total |
|---|---:|---:|---:|
| **Data Hosting** | | | |
| *1720000*   Relativity Project Setup. | | | |
| 3/31/2018 | 1.00 | 500.00 | 500.00 |
| 1720000 Subtotal | 1.00 | 500.00 | 500.00 |
| *1720100*   Relativity Document Hosting. Per GB/Month. | | | |
| 3/31/2018 | 4.40 | 18.00 | 79.20 |
| 1720100 Subtotal | 4.40 | 18.00 | 79.20 |
| *1720300*   Relativity User Access. Per user. | | | |
| 3/31/2018 | | | |
|   rs@biaprotect.com | 1.00 | 85.00 | 85.00 |
| 1720300 Subtotal | 1.00 | 85.00 | 85.00 |
| **Document Review** | | | |
| *2020000*   SLS Document Review - Per Document. | | | |
| 3/31/2018 | 2,150.00 | 0.85 | 1,827.50 |
| 2020000 Subtotal | 2,150.00 | 0.85 | 1,827.50 |
| **Professional Services** | | | |
| *1510000*   Project Management. Per Hour | | | |
| 3/26/2018 | | | |

Page 1 of 2



**BIA**
ACCOUNT ADMINISTRATION
950 Trade Centre Way, Ste 240
Portage, MI 49002
1-888-338-4242
ar@biaprotect.com

# INVOICE DETAIL

| | |
|---|---|
| BIA Invoice #: | 013470 |
| BIA ID: | 003 Pusey |
| Invoice Date: | April 11, 2018 |
| Due Date: | May 11, 2018 |
| Terms: | Net 30 |
| Client Matter #: | |

**Bill To:**   **Client #:**   02447

Joseph & Norinsberg, LLC
Bennitta Joseph
225 Broadway, Suite 2700A
New York, NY 10279

**Ship To:**

| Description | Hours/Qty | Rate | Total |
|---|---|---|---|
| Richard Ford: Created load file for 7 PDFs provided. Uploaded 7 PDFs to Relativity using Relativity Desktop Client. Created image set and imaged documents. Using Document unitization tool, unitized documents. Created OCR set. OCR'd documents. Built index. | 2.00 | 175.00 | 350.00 |
| 1510000 Subtotal | 2.00 | 175.00 | 350.00 |

Thank you for your business. BIA accepts checks, money orders and credit cards. Your prompt payment is appreciated. Interest of 1.5% per month will be automatically applied to all overdue invoices. Your account may be eligible for BIA's Early Pay Discount Program. For more information, email ar@biaprotect.com.

| | |
|---|---:|
| **Total** | 2,841.70 |
| **Payments/Credits** | 0.00 |
| **Balance Due** | 2,841.70 |